UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01122-DDD-NRN

FAITHE GORMAN-SMITH

    Plaintiff,

v.

COORSTEK, INC

    Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

---

Plaintiff, through her undersigned counsel, Mary Jo Lowrey of LOWREY PARADY LEBSACK, LLC, submits this Notice of Voluntary Dismissal of Case and states as follows:

1. Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…"

2. Defendant has not filed an Answer or Motion for Summary Judgment in this case.

3. The matter has been resolved and Plaintiff does not wish to pursue her claims against Defendant. Plaintiff wishes to dismiss this action, with prejudice, and each party to bear its own attorney fees and costs.

Respectfully submitted this 29th day of June, 2021 by:

        LOWREY PARADY LEBSACK, LLC

        */s/ Mary Jo Lowrey*
        Mary Jo Lowrey

1

1490 N. Lafayette St., Ste. 304
Tel: (303) 593-2595
Fax: (303) 502-9119
Email:  maryjo@lowreyparady.com
Attorney for Plaintiff

2